OPINION — AG — QUESTION: "OKLAHOMA STATUTES 19 O.S. 1965 Supp., 866-30 [19-866-30] WAS FIRST PASSED, EFFECTIVE DATE 1957 (19 O.S. 1961 866-30 [19-866-30]) — THE SAME LAW WAS PASSED WITH THE EMERGENCY CLAUSE EFFECTIVE JUNE 11, 1963 — THE QUESTION IS WHICH EFFECTIVE DATE GOVERNS?", ANSWER: THE EFFECTIVE DATE OF 19 O.S. 1965 Supp., 866.30 [19-866.30] IS MAY 31, 1957 CITE: ARTICLE V, SECTION 57, 19 O.S. 1961 866.30 [19-866.30], 19 O.S. 1961 866.12 [19-866.12] 19 O.S. 1961 866.30 [19-866.30] (REX THOMPSON)